
**FILED**
MAR 27 2019
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-18-05208-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: 6531008 |
| vs. | Location Code: M23F |
| KAREN LEE TAYLOR, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $140 fine and $30 processing fee for violation 6531008 (for a total of $170), and for good cause shown,

IT IS ORDERED that the $170 fine ($140 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6531008.

IT IS FURTHER ORDERED that the bench trial scheduled for April 4, 2019, is VACATED.

DATED this 27 day of March, 2019.

John T. Johnston
United States Magistrate Judge